## (March 8, 1978)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CALVIN TURNER, Petitioner, v EUGENE S. LE FEVRE, as Superintendent of Clinton Correctional Facility, Respondent.—Application dated January 17, 1978, treated as a petition pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus. Petition denied as legally insufficient (see *People ex rel. Hirschberg v Close,* 1 NY2d 258). Mahoney, P. J., Sweeney, Staley, Jr., Larkin and Mikoll, JJ., concur.